1

2

3

4

5

6

7

8
 **UNITED STATES DISTRICT COURT**

9
 **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DURJAN GERMAINE GRAY,                    Case No. CV 20-490-JAK (PD)

12                    Petitioner,
                                              **ORDER ACCEPTING REPORT**
13        v.                                  **AND ADOPTING FINDINGS,**
                                              **CONCLUSIONS, AND**
14   CHRISTIAN PFEIFFER, Warden,              **RECOMMENDATIONS OF**
                                              **UNITED STATE**
15                    Respondent.             **MAGISTRATE JUDGE, AND**
                                              **DENYING CERTIFICATE OF**
16                                            **APPEALABILITY**
17

18

19
        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records
20
 on file, the Report and Recommendation of United States Magistrate Judge
21
 ("Report"), Petitioner's Objections to the Report, and Respondent's Reply to the
22
 Objections.  The Court has engaged in a *de novo* review of those portions of the
23
 Report to which Petitioner has objected.  The Court accepts the Report and adopts it
24
 as its own findings and conclusions.  Accordingly, the Petition is dismissed with
25
 prejudice.
        Further, for the reasons stated in the Report, the Court finds that Petitioner
26
 has not made a substantial showing of the denial of a constitutional right, and
27

28

1    therefore a certificate of appealability is denied.  *See* 28 U.S.C. § 2253(c)(2); Fed. R.

2    App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

3

4    DATED:  June 11, 2021

5

6    _____

7    JOHN A. KRONSTADT
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2